

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
NORTHEASTERN LUMBER MANUFACTURERS ASSOCIATION,
272 Tuttle Road
Cumberland, Maine 04021

## DEFENDANTS
See Schedule A Attached

**(b)** County of Residence of First Listed Plaintiff    Cumberland, Maine
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Philadelphia, Pennsylvania
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
George F. Burns, Esq.; Bernstein Shur
100 Middle Street; PO Box 9279
Portland, ME 04104; 207-228-7127 (direct)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ❏ 2   U.S. Government Defendant
- ❏ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical | | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | Product Liability | | ❏ 820 Copyrights | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product | | ❏ 830 Patent | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans | ❏ 345 Marine Product Liability | Liability | | ☒ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| (Excludes Veterans) | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| ❏ 196 Franchise | | | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| | | | ❏ 791 Employee Retirement Income Security Act | | ❏ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 950 Constitutionality of State Statutes |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 550 Civil Rights | ❏ 465 Other Immigration Actions | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ❏ 2 Removed from State Court    ❏ 3 Remanded from Appellate Court    ❏ 4 Reinstated or Reopened    ❏ 5 Transferred from Another District *(specify)*    ❏ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Lanham Act, 15 U.S.C. §1051 et seq.

Brief description of cause:
Defendants are wrongfully used Plaintiff's protected marks in Defendants' business operation

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE
10/24/2014

SIGNATURE OF ATTORNEY OF RECORD
George F. Burns, Esq.

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

OCT 27 2014

Schedule A to Civil Cover Sheet

Defendants:

| ATLAS WOOD PRODUCTS, INC. | NICHOLAS J. SUCIC, | CHARLES C. SUCIC, |
|---|---|---|
| 2101 W. Clearfield Street | 1029 Roberts Road, | 831 Boxwood Circle |
| Philadelphia, PA  19132 | Warminster, PA, 158974 | Warminster, PA 18974 |

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: See Civil Cover sheet

Address of Defendant: See Civil Cover sheet

**14    6125**

Place of Accident, Incident or Transaction: Philadelphia, PA and other cities where Defendants conduct their business transactions
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))          Yes☐ No☒

Does this case involve multidistrict litigation possibilities?          Yes☐ No☐
*RELATED CASE, IF ANY:*
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?          Yes☐ No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?          Yes☐ No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?          Yes☐ No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?          Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☒ Patent *(Trademark)*
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify) _____

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*

OCT 27 2014

I, George F. Burns, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☒ Relief other than monetary damages is sought.

DATE: 10/24/14          Attorney-at-Law George F. Burns, Esq.          Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 10/24/14          Attorney-at-Law George F. Burns, Esq.          Attorney I.D.#

CIV. 609 (5/2012)



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Northeastern Lumber Manufacturers
Association                        :
            v.                     :            CIVIL ACTION **14 6125**
                                   :
Atlas Wood Products, Nicholas J. Sucic :
and Charles C. Sucic              :            NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.               ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                       ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court.  (See reverse side of this form for a detailed explanation of special
    management cases.)                                                          ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (×)

_10/24/14_                _George F. Burns, Esq._          Northeastern Lumber
**Date**                  **Attorney-at-law**              Manufacturers Association

207-228-7172              207-774-1127                     **Attorney for** Plaintiff

**Telephone**             **FAX Number**                   gburns@bernsteinshur.com

                                                           **E-Mail Address**

(Civ. 660) 10/02



OCT 27 2014

207-774-1200 main
207-774-1127 facsimile
bernsteinshur.com

# BERNSTEIN SHUR

### COUNSELORS AT LAW

100 Middle Street
PO Box 9729
Portland, ME 04104-5029

Marcia Libby
Paralegal
(207) 228-7346 direct
mlibby@bernsteinshur.com

*Via FedEx*

October 24, 2014

Michael E. Kunz, Clerk
U.S. District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Re:    <u>Northeastern Lumber Manufacturers Association v. Atlas Wood Products, Inc.,</u>
        <u>Nicholas J. Sucic and Charles C. Sucic</u>

Dear Mr. Kunz:

Enclosed for filing in the above-captioned matter, please find the following:

- Credit Card Collection Network Authorization form to cover the $400 filing fee for this transaction;
- Court's Civil Cover sheet;
- Court's Designation form (two as required);
- Court's Case Management Track form;
- Unexecuted Summonses for all three named Defendants;
- Plaintiff's Complaint with Exhibits A-C; and
- CD containing PDFs of the enclosed documents.

As indicated on the enclosed forms, the lead attorney is George F. Burns, gburns@bernsteinshur.com, 207-228-7127. Please let me know if you have any questions. Thank you.

Sincerely,

Marcia Libby

Enclosures



Member
**LexMundi**
World Ready





# UNITED STATES DISTRICT COURT
## DISTRICT OF EASTERN PENNSYLVANIA

|  |  |  |
|---|---|---|
| NORTHEASTERN LUMBER<br>MANUFACTURERS ASSOCIATION,<br>272 Tuttle Road<br>Cumberland, Maine 04021 | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: **14   6125** |
| ATLAS WOOD PRODUCTS, INC.<br>2101 W. Clearfield Street<br>Philadelphia, PA 19132 | ) ) ) ) | Judge: |
| and | ) ) | |
| NICHOLAS J. SUCIC,<br>1029 Roberts Road, Warminster, PA, | ) ) ) | FILED<br>OCT 27 2014 |
| and | ) ) | MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |
| CHARLES C. SUCIC,<br>831 Boxwood Circle<br>Warminster, PA 18974 | ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT FOR TRADEMARK INFRINGEMENT AND COUNTERFEITING, UNFAIR COMPETITION, PASSING OFF, FALSE ADVERTISING AND DILUTION OF FAMOUS MARKS

Plaintiff Northeastern Lumber Manufacturers Association ("NeLMA"), by and through undersigned counsel, for its Complaint against Defendants Atlas Wood Products, Inc. ("Atlas Wood Products"), Nicholas J. Sucic, and Charles C. Sucic (the "Sucices") (Atlas Wood Products and the Sucices collectively, the "Defendants"), states as follows:

1.     This is an action for trademark infringement and counterfeiting under the Lanham Act, 15 U.S.C. §1051 *et seq.*, 15 U.S.C. § 1114; and unfair competition, passing off, false



advertising and false designation of origin under the Lanham Act, 15 U.S.C. § 1125(a), arising from Defendants' unauthorized use of NeLMA's trademarks and Defendants' false and misleading claims of participation in, and compliance with, the international wood packaging materials inspection program administered by NeLMA; and for breach of contract for failure to pay amounts owed.

**PARTIES**

2.      NeLMA is a Delaware corporation with its principal place of business at 272 Tuttle Road, Cumberland, Maine.  NeLMA is a trade association under Section 501(c)(6) of the Internal Revenue Code and is a certifying agency for lumber, timber, and wood packaging materials inspection under the aegis of the American Lumber Standards Committee ("ALSC").

3.      Atlas Wood Products is a Pennsylvania corporation with its registered office at 6000 Belfield Avenue, Philadelphia, PA and its principal place of business at 2101 W. Clearfield Street, Philadelphia, Pennsylvania.  Atlas Wood Products is engaged in the wood packaging business, including wooden crates and pallets intended for shipment of goods abroad.

4.      Nicholas J. Sucic is an individual residing at 1029 Roberts Road, Warminster, PA, and is President, Secretary, Treasurer, and an owner, of Atlas Wood Products.

5.      Charles C. Sucic is an individual residing at 831 Boxwood Circle, Warminster, PA, and is an owner of Atlas Wood Products.

6.      Upon information and belief, the Sucices caused or knowingly permitted Atlas Wood Products to take the actions complained of herein, or personally caused or permitted the acts complained of herein.

**JURISDICTION AND VENUE**

7.      This Court has jurisdiction over the subject matter of this action pursuant to 15

2

U.S.C. § 1121 and 28 U.S.C. §§ 1338 and 1367. Personal jurisdiction in this district is proper inasmuch as Defendants have solicited and conducted business within the State of Pennsylvania and Atlas Wood Products has its principal office in this district.

## FACTS
## The NeLMA Trademarks

8.     NeLMA is the owner of common law trademarks, as well as United States Trademark registrations thereof, and the goodwill symbolized by the trademarks and the registrations thereof (the "NeLMA Marks") including:

a.     NeLMA Logo:  Registration No. 2731831, registered July 1, 2003;

b.     NELMA Mark:  Registration No. 3061638, registered February 28, 2006.

Copies of each of the said trademark registrations are attached hereto as *Exhibit A.*

9.     The NeLMA Logo Registration No. 2731831 is incontestable, which provides conclusive evidence of the validity of that registration, NeLMA's ownership of that mark, and NeLMA's exclusive right to use that mark in commerce in connection with the goods and services specified in the certificate of registration under 15 U.S.C. § 1115(b).

10.     The NeLMA Marks and variants thereof have been extensively and continually advertised and promoted by NeLMA within the United States and throughout the world with respect to a system for demonstrating compliance with the international inspection program known as the Wood Packaging Materials Inspection Program, as well as with programs having to do with the compliance of softwood lumber with grades and standards approved by the ALSC.

11.     NeLMA has expended substantial amounts of time, effort, and money to ensure that the general public associates the NeLMA Marks exclusively with NeLMA and its mission of certifying product standards for the benefit of the public and the wood products industry.

3

12.     NeLMA has been using the NeLMA Marks in connection with the certification of wood packaging material and the grading and certification of lumber and timber in interstate commerce since 2002 or earlier.

13.     Upon information and belief, Defendants did not use any of the NeLMA Marks as trademarks in commerce prior to 2002.

**NeLMA's Wood Packaging Materials Inspection Program**

14.     NeLMA offers certification inspection services to facilities that produce wood packaging materials (such as boxes, crates, skids, and pallets) used to export goods to the numerous countries that have implemented the International Standard for Wood Packaging.

15.     The International Standard for Phytosanitary Measures (ISPM) – Guidelines for Regulating Wood Packaging Material in International Trade, Publication Number 15 is the official name of the international standard for wood packaging, otherwise known as ISPM 15. The standard was developed as a means to greatly reduce the phytosanitary concerns related to growing global trade and the significant spread of pests through wood packaging materials.

16.     The IPPC ISPM 15 standard prescribes two types of treatments for wood packaging materials: (a) heat treatment, and (b) fumigation with methyl bromide.   These treatments must be applied to all solid wood components of the wood packaging materials. NeLMA's Wood Packaging Materials Inspection Program is limited to certifying only the heated-treated alternative.

17.     To meet the requirements of ISPM 15, a wood packaging facility must ensure application of either heat treatment or methyl bromide.   If the facility decides to apply heat treatment, it must use heat-treated lumber or components and each piece must be stamped with an "HT" mark and an ALSC-accredited agency logo, such as NeLMA's.  This signifies that the

4

material was heated to a minimum of 56 degrees C (133 degrees F) for 30 minutes at the core of each piece. Typically only one "HT" mark will be ink-stamped on each piece.

18.     Once the facility is certified by an ALSC-accredited agency, such as NeLMA, the "HT"-stamped lumber may be cut for use in manufacturing the finished wood packaging item. The finished pallet, skid, crate, or box is to be marked on a minimum of two opposite sides by the certified facility's "IPPC" stamp that includes the International IPPC logo, the facility's certifier number, and the certifying agency's logo. This signifies to the custom agents in export countries that the wood packaging meets IPPC's ISPM 15 Standard and is part of the United States' verification program.

### NeLMA's Lumber and Timber Inspection Program

19.     NeLMA also develops and publishes grading rules to assist in the uniform marketing of Northeastern, United States softwood lumber products. The basis for establishing voluntary softwood lumber standards (including minimum sizes, uniform methods in grading, along with the functions of the ALSC) are provided in the Voluntary Product Standard PS 20-05, developed by the National Institute of Standards and Technology of the U.S. Department of Commerce.

20.     NeLMA is authorized by ALSC to issue grade stamps to lumber and timber manufacturers that demonstrate their ability to maintain the quality standards set by NeLMA and ALSC. The NeLMA Marks appear on all of the grade stamps and, as is the case with the Wood Packaging Materials Inspection Program, are designed to ensure the public and government officials that the wood in question meets the criteria of the various grades or standards offered by the inspection programs.

21.     NeLMA has been vigilant in protecting its interests in the NeLMA Marks, and has

consistently acted against misuse of the NeLMA Marks by unauthorized third parties.

22.     By virtue of the worldwide recognition and use of the NeLMA Marks, through NeLMA's vigilance in policing the use of the NeLMA Marks, the NeLMA Marks have acquired an extraordinary degree of consumer recognition in the minds of the relevant public.

23.     Through widespread and favorable public acceptance and recognition, the NeLMA Marks enjoy significant goodwill and have become assets of incalculable value as symbols of NeLMA's services and the integrity of NeLMA's inspection programs.

**Defendants' Wrongful Conduct**

24.     Until May 2014, Atlas Wood Products was a duly authorized licensee of NeLMA with rights to use the NeLMA Marks in accordance with the Wood Packaging Materials Inspection Program. On May 8, 2014, however, NeLMA terminated that license, and Atlas Wood Products's right to use the NeLMA Mark or to make reference to Atlas Wood Products still being a licensee of NeLMA.  On May 8, 2014, NeLMA's inspector removed all NeLMA certification stamps from Atlas Wood Products's facility.

25.     After and despite the termination of the license in May 2014, Defendants wrongfully continue to state on the Atlas Wood Products website that Atlas Wood Products has the right in its wood packaging business to apply a NeLMA heat-treatment certification stamp (the "Stamp"), with the specific intent to create an impression among members of the public and government officials that the material to which the NeLMA Marks are affixed are subject to inspection through NeLMA under the Wood Packaging Materials Inspection Program.  Attached hereto as Exhibit B, (pages 1 through 24)  are pages from the Atlas Wood Products website, www.atlaswoodproduct.com, that refer, or offer links, to NeLMA, NeLMA Marks, ISPM 15, or the Wood Packaging Materials Inspection Program.  The last four pages (pages 25 through 28) of

Exhibit B are pages from the NeLMA website, www.NeLMA.org, to which the Atlas Wood Products website offers a link. Defendants are making similar misrepresentations on Craigslist.org, under these addresses:

- http://philadelphia.craigslist.org/bfs/4680284243.html
- http://philadelphia.craigslist.org/for/4701558134.html

26.      Atlas Wood Products's website creates exact reproductions of the NeLMA Marks (each a "Counterfeit Mark"), and is functionally identical to NeLMA stamps used at other facilities who have been properly inspected and licensed by NeLMA.

27.      In using the Stamp and the Counterfeit Marks in their wood packaging business, Defendants seek to trade off the good will and worldwide recognition of the Wood Packaging Materials Inspection Program without acknowledging ownership of the NeLMA Marks by NeLMA.

28.      Defendants' use in commerce of the Stamp and the Counterfeit Marks, in the production and sale of wood packaging that have not actually been subject to the NeLMA Wood Packaging Materials Inspection Program is likely to cause confusion or mistake, and to deceive members of the public, regulators and government officials into believing that NeLMA is sponsoring or authorizing Defendants to use the NeLMA Marks.

29.      Defendants' willful actions (1) have the likelihood of affecting interstate and international commerce by deceiving or confusing the public throughout the nation and the world; (2) constitute a false designation of Defendants' goods and services by passing them off as being associated with NeLMA; (3) suggest a non-existent connection with NeLMA; (4) suggest that NeLMA sponsors, licenses or approves of Defendants' goods, services, or businesses, thereby diluting the value of the NeLMA Marks; and/or (5) could cause the NeLMA Marks to become generic in the eyes of the general public and destroy the essential purpose of

the NeLMA Marks, which is to provide the public and government officials with conclusive evidence of compliance with the Wood Packaging Materials Inspection and Lumber and Timber Inspection Programs.

## FIRST CAUSE OF ACTION
### Federal Trademark Infringement and Counterfeiting
### [All Defendants]

30.  NeLMA repeats and incorporates by reference herein the allegations contained in paragraphs 1 through 29 of the Complaint.

31.  Defendants have purposely used in commerce a Stamp that contains exact reproductions of the NeLMA Marks without the consent of NeLMA.

32.  By using the Stamp and the Counterfeit Marks in connection with the sale and shipment of wood packaging, Defendants have caused and will continue to cause actual confusion and the likelihood of further confusion in the minds of the public as to the connection between the services and products of NeLMA and those of Defendants, thereby infringing NeLMA's trademark in violation of section 32(a) of the Lanham Act, 15 U.S.C. § 1114.

33.  Defendants' aforementioned acts also constitute counterfeiting in violation of the Lanham Act, 15 U.S.C. § 1114, *et seq*, and 15 U.S.C. § 1116(d).

34.  As a proximate result of Defendants' actions, NeLMA has suffered and will continue to suffer great damage to its business, goodwill, reputation, profits and the strength of its trademarks. The injury to NeLMA is and continues to be ongoing and irreparable. An award of monetary damages alone cannot fully compensate NeLMA for its injuries and NeLMA lacks an adequate remedy at law.

35.  The foregoing acts of infringement were and are deliberate, willful and wanton, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

8

36.     NeLMA is entitled to a permanent injunction against Defendants, as well as all other remedies available under the Lanham Act, including, but not limited to, compensatory damages; treble damages; disgorgement of profits; and costs and attorney's fees.

**SECOND CAUSE OF ACTION**
**Federal Unfair Competition, False Designation of Origin,**
**Passing Off and False Advertising**
**[All Defendants]**

37.     NeLMA repeats and incorporates by reference herein the allegations contained in paragraphs 1 through 36 of the Complaint.

38.     The NeLMA Marks, as used by NeLMA and its licensees in connection with providing goods and services relating to the Wood Packaging Materials Inspection Program and Lumber and Timber Inspection Program, are distinctive marks and have become associated with NeLMA and thus exclusively identify NeLMA's mission.

39.     By using the Stamp and its reproductions of the NeLMA Marks, and thereby falsely claiming participation in the Wood Packaging Materials Inspection Program through NeLMA, Defendants have misrepresented and falsely designated the origin of their goods and have passed off their goods as those of or approved by NeLMA, in violation of section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), or in addition to the above or alternatively, have caused the public and government officials to believe that the NeLMA Marks are generic, thus destroying the goodwill and value NeLMA has built with the NeLMA Marks.

40.     The foregoing acts of infringement have been and continue to be deliberate, willful and wanton, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

41.     Defendants' acts, as set forth above, have caused irreparable injury to NeLMA's goodwill and reputation. The injury to NeLMA is and continues to be ongoing and irreparable. An award of monetary damages alone cannot fully compensate NeLMA for its injuries and

NeLMA lacks an adequate remedy at law.

42.    NeLMA is entitled to a permanent injunction against Defendants, as well as all other remedies available under the Lanham Act, including, but not limited to, compensatory damages; treble damages; disgorgement of profits; and costs and attorney's fees.

**SECOND CAUSE OF ACTION**
**Federal Unfair Competition, False Designation of Origin,**
**Passing Off and False Advertising**
**[All Defendants]**

43.    NeLMA repeats and incorporates by reference herein the allegations contained in paragraphs 1 through 42 of the Complaint.

44.    On August 8, 2003, Atlas Wood Products and NeLMA entered into an agreement in which, among other provisions, Atlas Wood Products agreed to pay regular fees to NeLMA in exchange for NeLMA's regular inspection to check the quality performance of Atlas Wood Products's facility (the "Agreement").

45.    As of October 15, 2014, Atlas Wood Products has failed to pay to NeLMA monthly fees incurred since June 2012 and up to May 2014, which amount to a total of $6,540.00 past due.

46.    Pursuant to the terms of the Agreement, NeLMA is entitled to full payment from Atlas Wood Products of the outstanding balance of $6,540.00.

WHEREFORE, NeLMA prays for judgment against Defendants as follows:

A.    that Defendants and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with Defendants who receive actual notice of the Court's order by personal service or otherwise, be permanently enjoined from:

        1)    using any of the NeLMA Marks or any confusingly similar mark, specifically including, but not limited to, any term that includes "NeLMA" or a misspelling of NeLMA in connection with the promotion, marketing,

advertising, public relations and/or operation of Defendants' business;

2)   diluting, blurring, passing off or falsely designating the origin of the NeLMA Marks, and from injuring NeLMA's goodwill and reputation;

3)   doing any other act or thing likely to induce the belief that Defendants' businesses, services or products are in any way connected with, sponsored, affiliated, licensed, or endorsed by NeLMA;

4)   using any of the NeLMA Marks or any confusingly similar mark for goods or services, or on the internet, or as domain names, email addresses, meta tags, invisible data, or otherwise engaging in acts or conduct that would cause confusion as to the source, sponsorship or affiliation of Defendants with NeLMA;

B.      that Defendants, in accordance with 15 U.S.C. § 1116(a), be directed to file with this court and serve upon NeLMA within thirty days after service of the permanent injunction a report in writing under oath, setting forth in detail the manner and form in which Defendants' have complied with the permanent injunction;

C.      that pursuant to 15 U.S.C. § 1116(d)(1)(A), all Counterfeit Marks and all goods or documents or other things bearing such marks be seized, together with the means of making such marks, and records documenting the manufacturer, sale, or receipt of things involved in such violation;

D.      that pursuant to 15 U.S.C. § 1118, all labels, signs, prints, packages wrappers, receptacles, and advertisements in the possession of Defendants, bearing the counterfeit NeLMA Marks, be delivered up and destroyed;

E.      that NeLMA recover its actual damages sustained as a result of Defendants' wrongful actions;

F.      that NeLMA recover Defendants' profits made as a result of Defendants' wrongful actions;

G.      that NeLMA further recover three times Defendants' profits made as a result of

11

Defendants' wrongful actions or three times NeLMA's damages, whichever is greater;

H.      that this case be deemed an exceptional case under 15 U.S.C. §§ 1117(a) and (b), and that Defendants be deemed liable for and ordered to reimburse NeLMA for its reasonable attorney's fees;

I.      that NeLMA be awarded exemplary damages for Defendants' willful and intentional acts;

J.      that NeLMA recover its costs of court; and

K.      that NeLMA recover such further relief to which it may be entitled.

Dated at Portland, Maine, this 24th day of October, 2014.

George F. Burns

Attorney for Plaintiff
Northeastern Lumber Manufacturers Association

Bernstein Shur
100 Middle Street; PO Box 9729
Portland, ME  04104-5029
207-774-1200
gburns@bernsteinshur.com

Exhibit A

**Exhibit A**

| Northeastern Lumber Manufacturers' Association | NELMA | United States of America | 26 May 2004 | 76504007 | Registered | | NELMA |
| | 460 | 28 Feb 2016 | 28 Feb 2006 | 3061838 | Registered | James Keenan | |

| Class Goods | Class A: LUMBER |
|---|---|

| Northeastern Lumber Manufacturers' Association | NELMA logo | United States of America | 12 Aug 2002 | 76440214 | Registered | | |
| | 515 | 1 Jul 2013 | 1 Jul 2003 | 2731831 | Registered | James Keenan | |

| Class Goods | Class A: LUMBER |
|---|---|

Exhibit B

Atlas Wood Products : Wood Products You Can Trust



ATLAS
WOOD PRODUCTS
INCORPORATED

Specializing in quality,
customized industrial
wood products for
over 30 years.

Home    Products    Contact Us    Industrial    Furniture    Display Crates    Photos

About Us

Who We Are

Conservation

Export Validation

## Wood Products You Can Trust

Family owned and operated since 1974, Atlas specializes in customized industrial wood products. We manufacture four-wheel dollies, storage vaults, Heat Treated lift vans for the moving and storage industry and international freight forwarders.

We also manufacture plywood and wooden, pallets, crates, boxes and skids for international heat treated export shipments. We also supply product for domestic shipping, or storage application, to meet the customer's requirements.

We also manufactures saddles, wedges, cradles etc. with our selection of band saws.

We are a certified manufacturer of heat treated packaging and a certified supplier of heat treated dunnage for international trade destinations. **Click here** to view the latest information from our inspection agency in reference to ISPM 15, the international plant protection committee guidelines for heat treated regulation for wood packaging.

We feel we are one of the leaders in professional industrial wood products. We are one of the first operating heat treated facilities in the Greater Philadelphia Metro area, certified in September of 2000.

From inventorying Heat Treated lumber, to pallet removal, to drying hardwood lumber for dollies and recycling material for domestic skids, pallets, and crates, this is all done to serve our customers and keep costs down. We maintain raw as well as finished product inventory for quick delivery. Inventory is held for immediate availability with an established working relationship for the customers.

**We also accept major credit cards!**

Atlas Wood Products is conveniently located in Philadelphia, PA.

Please **contact us** for more information.

# 1-215-PALLET-4

## 1-215-725-5384

Copyright © 2014 Atlas Wood Products Inc. All rights reserved

*PAGE 1 of 28*

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

WOODEN DOLLIES, 4 Wheel Dolly,4 Wheel Dolly Rentals,4 wheelers Dollies for Sale 215-843-0313

WOODEN DOLLIES for SALE, WOOD MOVER'S DOLLY' for RENT (215-725-5384)

# IPPC ISPM15 Heat Treated (HT) Wood Packaging

On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked Lumber, ispm15 Compliant Ht Lumber Wooden Crates. 215-843-0313 Serving PA NJ Del MD

← OLDER POSTS

## Heat Treated Lumber, IPPC ON-SITE, HT Wood Stamped, Knocked Down Crate Service, Ispm-15 Marked Lumber Blocking Dunnage 215-725-5384 = 215-PALLET4

★★★★★ ● 1 Votes

IPPC ISPM15 Lumber Stamp Heat Treated Marked HT Wood Pallets Plywood Crates Wooden Skids

IPPC KDHT ISPM#15 DUNNAGE

215-843-0313

Heat Treated Lumber Stamp

Search

### Top Posts

- Used Plywood Storage Vaults. IPPC compliant
- Export Wood Lift vans, 4 wheel rubber capped movers dollies

### Top Rated

◇ Follow

Follow "IPPC ISPM15 Heat Treated (HT) Wood Packaging "

Get every new post delivered to your Inbox

Join 744 other followers

Enter your email address

PAGE 2 of 28

Case 2:14-cv-06125-GAM   Document 1   Filed 10/27/14   Page 25 of 58

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...







IPPC ISPM15 Heat Treated Export Plywood Liftvans

# YES, ON REQUEST, WE ISSUE PHYTOSANITARY CERTIFICATES, (HT CERTIFICATES)  FOR THE ALL THE KD-HT IPPC LUMBER and ISPM 15 WOOD PRODUCTS, WE SELL.

IF your supplier is not willing or can not supply a **IPPC** certificate, they are probably **NOT ISPM15 CERTIFIED.**

For companies that are not IPPC ISPM 15 certified to manufacture wood packaging wooden pallets plywood crates  or items out of solid wood real wood material for HT or HT export purposes, such as ht pallets, ht crates, ht boxes, or ht skids, and only require IPPC-stamped items a few times a year, Atlas Wood Products provides, On-Site Pre-Cut Knocked Down, KD-HT On-Your Demand IPPC ISPM-15

- **heat treated lumber supplier**
- **HEAVY DUTY EQUIPMENT SKID**
- **heavy duty wooden large pallets**
- **heavy duty wooden skid**
- **ippc**
- **ippc blocking**
- **ippc dunnage**
- **ippc lumber**
- **ispm15**
- **manufacturer of heavy duty wooden skid**
- **material handling**
- **pallets**
- **philadelphia**
- **philadelphia area crating company**
- **philadelphia area pallet companies**
- **philadelphia free pallet disposal**
- **philadelphia pallet**
- **philadelphia pallet companies**
- **philadelphia pallet company**
- **philadelphia region**
- **philadelphia region ippc supplier**
- **philadelphia region pallet company**
- **philadelphia used pallet company**
- **recycled lumber**
- **Shipping To Australia with Wood Packaging Materials?**
- **SLIDE SHOW**
- **TAKE A MINUTE A SEE WHAT WE CAN DO FOR YOU**
- **TIMBER**
- **Uncategorized**
- **wood**

PAGE 3 of 28

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

program. This may be the answer to your IPPC ISPM 15 needs. This service is available to facilities where full facility certification is not economically justifiable and the need for IPPC-stamped wood packaging is required.

The use of Atlas Wood Products On-site, On-Demand service can be done in less than 24 hours.

It is very easy, all you need is a list of material you require.

Then you must purchase ALL the kd ht  material, wood, plywood and  lumber etc you need for the project from us.

We mark all the material KDHT with many many HT marks – stamps per each piece of wood (so you can cut any size piece of wood)  with our own AWP HT stamp identifiable marks, for on-site Knocked down crate skid kits, using only our HT marked Kd Ht wood.

Now on you time schedule, at you own site, with you own hours, you can cut all the  marked AWP  kdht HT material, osb, plywood and wood etc, then assemble the project with you own skilled labor.

When completed, contact Atlas Wood Products 215-843-0313,  we look at your project to make sure you used only the correctly supplied material or lumber. Then we mark your project, with the correctly marked IPPC stamp,  to the side or end, wood  or  plywood, skid end or side panels,  with IPPC EXPORT STAMP shown below. At our location.

It is that simple no magic.

215-843-0313



ippc wood stamp

Please note: that Atlas Wood Products can not and will not  stamp you project with OUR IPPC STAMP, on export wood packaging items already constructed prior to requesting our stamping service. What we can do is HEAT YOU PROJECT in our IPPC WOOD HEATER, then stamp with the correct IPPC stamp and supply the ISPM 15 correct paper work.

215-843-0313 Contact Nick Sucic or Charlie Sucic at Atlas Wood Products,Philadelphia,Pa  for questions about our ON-SITE ON YOUR DEMAND Lumber Skids Crate Kits , including  fees and full details on the process and procedures, along with  any additional information that you may need.

# Used Storage Vaults.

There are many options when it comes to buying  Used Plywood Storage Vaults or  New Marked IPPC Plywood Export Crates Storage Bins for ISPM15 Stamped export shipping storing customer's belongings and personal affects. No option, is better a cheaper savings to the mover than our used wooden storage pallets for the moving and storing. New plywood storage vaults are available but the price is almost twice of our used refurbished wooden storage crates.

The best part dealing with us is we have the space to storage over 200 new- used plywood crate wooden storage containers.

Heat treated Mark IPPC Stamped pallets ISPM#15 marked compliant,  wooden crate are a type of wooden crate pallet used to transport goods internationally. IPPC marked ISPM#15 mark Lumber Supplier wood is specially heat treated to prevent insects or fungi from being transported by the Kiln Dried Heat Treated – KDHT wood or KDHT lumber from one location to another.

PAGE 4 of 28

## Pages

- WOODEN DOLLIES for SALE, WOOD MOVER'S DOLLY for RENT (215-725-5384)
  - 4 Wheel Wooden Dollies, Four Wheel Wood Movers Dolly's (215-725-5384)
  - IPPC, ISPM#15, KDHT Lumber, Cheap Pallets for Sale Call (215-PALLET 4)
- WOODEN DOLLIES  4 Wheel Dolly 4 Wheel Dolly Rentals 4 wheelers Dollies for Sale 215-843-0313

reclaimed wood supplier

4 wheel dollies Add new tag custom crating Dollies Dolly

export crate company

export crates

export ippc

crates export

ispm15 export ispm

15 export lumber

export shipping

crates export solid

wood packahing

flooring free pallet

disposal free skids

disposal Furniture Furniture Dollies green green flooring

hardwood lumber heat

treated lumber ht

dunnage lumber ht

lumber ippc ippc dunnage

ippc dunnage

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

A wooden pallet or a wood box is made of lumber and may or may not be treated. In 2002, members of the United Nations signed a treaty during the International Plant Protection Convention (IPPC) Stamp that required real wood packaging such as export Heat Treated liftvans to be IPPC stamped and heat treated . The purpose of heat treating wood pallets wooden skids lumber dunnage is to prevent insect or fungi infestations from being transmitted via real wood packing materials since shipping often are sent from country to country. If IPPC Stamped heat treated wood pallets are not used, the shipper may be subject to fines and its product seized for destruction.

Buy Sell Sale Traded Barter

Used Plywood Storage Vaults Export Liftvans Bought Sold

Atlas Wood Products

2101 w lippincott ave

phila pa 19132

215-PALLET4 215-725-5384

My promise to my customer.

I stand behind all we do.

I much rather not sell you, and be friends,

then sell you and you be unhappy with me or unhappy with our work.

Nick Sucic, Charlie Sucic

Wooden Self Storage Units, Wood Export Crates, please click on the links below.

http://knotjustfurniture.me/   rustic primitive wooden furniture

http://woodendisplaycrates.me/   rustic wood crates and wooden store display fixtures

google picture blogs

https://plus.google.com/photos/111323336779606328959/albums/5474603244033859937?banner=pwa

https://plus.google.com/u/0/photos/111323336779606328959/albums/5683489070720381265

Used Plywood Storage Vaults 215-843-0313

atlaswoodprod@yahoo.com

Mobile  Bookcase on Wheels pictured below

In Stock for Sale or Rentals



https://plus.google.com/u/0/photos/111323336779606328959/albums/5683489070720381265

## Used Plywood Storage Vaults Export Heat Treated Liftvans Bought Sold (Mid Atlantic All of the East Coast)

Atlas Wood Products Phila, PA

stamped lumber
ippc lumber ismp15
ispm 15 ispm15
ispm15 lumber ispm 15
stamped lumber Loading Dock
Platform Dollies lumber millwork
Moving Dollies old style flooring pa
pallets pallets
philadelphia
pennsylvania
philadelphia
philadelphia ippc
lumber company
philadelphia
pallet company
philadelphia pallet
recycler philadelphia recycled
flooring philadelphia
wood pallet reclaimed
lumber company reclaimed
wood reclaimed wood
flooring reclaimed wood supplier
philadelphia area recycled flooring
recycled flooring philadelphia area
recycled wood salvaged
flooring show crates
used pallets used pallets
pennsylvania used pallets
philadelphia used
wood pallets used wood
skids used wood
skids philadelphia
wood wood boxes
wooden boxes wooden
dollies woodendollies wooden
movers dollies wooden
skids wood pallet
removal wood

PAGE 5 of 28

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

215-843-0313

atlaswoodprod@yahoo.com  http://atlaswoodproducts.me/

http://www.atlaswoodproduct.com/Used Storage Vaults Used Lift vans by Atlas Wood Products
Atlas Wood Products buys and sells Used Plywood International Liftvans, Used Storage Vaults for moving
and storage companies we buy and sell used wooden storage vaults. Pallets treated by heat must be
stamped with a certification which reduces the chance the shipment will be delayed in customs. Heat
treated marked HT pallets must be certified using ISPM 15 stamp heat treating KDHT marked for
requirements. These requirements, which were developed as a result of the stamped wood IPPC treaty,
provide guidelines on how companies make heat treated pallets. Though this requirement strictly governs
only international shipments, many companies have moved to only heat treated pallets for consistency.

To create a heat treated pallet, the wood must be heated. Before heating, wood used in pallets must also
be debarked so only the core wood is used to make the pallet. The heat process removes some of the
moisture from the wood, which also makes it more weather-resistant and less likely to rot. Once the drying
process is complete, a seal bearing the ISPM IPPC mark along with the originating country is imprinted
onto the pallet.

Plywood storage vaults Used International Heat Treated Liftvans are used most often by moving and
storage companies to store household goods.
Most of the vaults are 5'x7'x7' 5x7x7-1/2 or close size and climp together.
Most of the LiftVan are 45x 86x86 or close
Atlas Wood Products Buys and Sells Used Storage Vaults Used Heat Treated Export crates so you do not
have to try and find a buyers or sellers in close proximity to keep transportation costs to a minimum.
We as sellers repair all plywod storage vaults or wooden lift-vans prior to purchase.
We also sell wood storage vaults and wood overseas crates not repaired.Atlas Wood Products has been
involved since 1974 with used storage vaults for buying and selling wooden vaults export household
goods or trade 4 wheel dollies also.Atlas Wood Products Buys and Sells Used Storage Vaults Used IPPC
Heat Treated Export crates so you do not have to try and find a buyers or sellers in close proximity to
keep transportation costs to a minimum.
We as sellers repair all plywod storage vaults or wooden lift-vans prior to purchase.
We also sell wood storage vaults and wood overseas crates not repaired.Atlas Wood Products has been
involved since 1974 with used storage vaults for buying and selling wooden vaults export household
goods or trade 4 wheel dollies also. If you are a buyer or seller of used storage vaults or used liftvans  you
have come to the right place.  As far as We know, we are the only used storage vault company  that can
help you buy or sell plywood vaults or plywood international liftvans throughout the country. Because of
our many years (since 1974) in the business of  manufacturing of new plywood storage vaults and new
export IPPC liftvans plus  our woodworking skills are helpful. We have helped many companies in the
moving storage, and related businesses buy plywood storage vaults and export international liftvans.
Do you need a motorcycle crated,  fine art work packaged, industrial machinery, high tech electronics
packaged and shipped internationally nationally  domestic. just because *heat-treated* lumber is used to
build a *wood crate* doesn't mean that it is certified for international *export*. That's where we come in!

pallets wood

products wood recycling

# wood skids

| | | | | | | |
|----|---------------------|----|----------------|----|----------------|
| AK | Alabama | KY | Kentucky | NY | New York |
| AL | Alabama | LA | Louisiana | OH | Ohio |
| AR | Arkansas | MA | Massachusetts | OK | Oklahoma |
| AZ | Arizona | MD | Maryland | OR | Oregon |
| CA | California | ME | Maine | PA | Pennsylvania |
| CO | Colorado | MI | Michigan | RI | Rhode Island |
| CT | Connecticut | MN | Minnesota | SC | South Carolina |
| DC | District of Columbia | MO | Missouri | SD | South Dakota |
| DE | Delaware | MS | Mississippi | TN | Tennessee |
| FL | Florida | MT | Montana | TX | Texas |
| GA | Georgia | NC | North Carolina | UT | Utah |

*PAGE 6 of 28*

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

| | | | | | |
|---|---|---|---|---|---|
| HI | Hawaii | ND | North Dakota | VA | Virginia |
| IA | Iowa | NE | Nebraska | VT | Vermont |
| ID | Idaho | NH | New Hampshire | WA | Washington |
| IL | Illinois | NJ | New Jersey | WI | Wisconsin |
| IN | Indiana | NM | New Mexico | WV | West Virginia |
| KS | Kansas | NV | Nevada | WY | Wyoming |

## Bucks county, Montgomery County, Delaware County, Chester County, Berks County, York County, Lehigh, Northampton County, Lancaster County,Philadelphia . South East Pennsylvania.
## Mercer County, Burlington County, Monmouth,Ocean County, Camden County, Gloucester County, Salem County.
## Domestic Shipping & International Export Shipping from the USA to the World.
## We can provide one-stop service, including pick-up and delivery if needed.

# How do you buy a ippc stamp?

You can not buy a ippc stamp, your company must be issued, inspected and certified by a ALSC certified inspection service to have a ippc ispm15 stamp. We are certified ippc & might be able to help you ship your product. Contact Atlas Wood Products, Philadelphia, Pa. We are ippc certified for export ispm15 wood packaging material, export packaing, dunnage and special crating. Contact info *(215-725-5384)* atlaswoodprod@yahoo.com thanks for reading.

We are crater's & know many freighters so we can assist you with all aspects of export crate building.

We can help Fast, if we can not do it we will send you to one our friends that do that type of work.

Whether you are after new export crate or recycled wooden pallets, or a custom built wood skid crate.

When you have high value, heavy, fragile and unique items to ship, you can be sure we crate your products correctly. We design crates to meet your item's specific needs. We take into account weight, dimensions, value, fragility, shipping method, and final destination requirements to assure you of the perfect packaging. Whether a rugged wood crate is required, or lighter packaging such as a custom box, we can do that. ISPM-15  Bugstamp

There are many options when it comes to buying Used Plywood Storage Vaults or New Plywood Storage Bins for export shipping storing customer's belongings and personal affects. No option, is better a cheaper savings to the mover than our used wooden storage pallets for the moving and storing. New plywood storage vaults are available but the price is almost twice of our used refurbished wooden storage crates. The best part dealing with us is we have the space to storage over 2000 new- used plywood crate wooden storage containers.

**Rubber Head 4 Wheel Movers Dollies**

PAGE 7 of 28

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...



4 wheel rubber capped wood movers doilies 215-843-0313



IPPC US Heat Treated Stamp ISPM16, 215-843-0313

primitive country farm wooden tables wood benches chairs

Made from All Reclaimed Lumber

PAGE 8 of 28

from dairy farms, wineries, and shipping yards. Wood milk crates slatted wood fruit crates, slatted wood boxes are also very helpful around the home. Wood boxes can be used for storage boxes, stools, arts and crafts projects, file cabinets, book cases and much more. They are perfect for tight fits and reducing clutter, and are remarkably well priced for all the things that can be done with them. A popular type of wooden milk crates are the slatted kind, which make great window garden boxes.

Atlas Wood Products supplied when needed are all quality ensured through independent grading agencies such as (ex) ALSC  American Lumber Standards Committee and (ex) NELMA North East Lumber Manufacturers Association rules and guidelines. When needed all wood products supplied will carry a grade stamp indicating such. This arrangement also greatly increases the interaction between the end user and the supplier of product. Our 24 hour customer rush service is available as well as our knowledgeable technical support. Orders can be placed using a variety of methods including traditional email, credit card acceptance, phone or fax directly to AWP. Customers may visit at any time to discuss issues arising issues records and billing. Atlas Wood Products supports wide range of customers, Military, MTMC, SDDC, All Corporate Major Facilities, Export Maintenance Department Projects with Direct Shipping, Packing and Export Crating. Most heat treated wood products required for any use are available through AWP.

**WE ARE LOOKING for the Best Program FeaturesPlease try to help us serve you better.**

Fast Lead Times
24 hour rush Support
Technical Expertise from our suppliers if needed
Large order Capability
Volume Pricing Structure
LTL Major Commercial Truck Delivery
Compliance with American Lumber Standards
Direct Vendor  Customer Contacts
On Line Receipt System (Phone/Fax/email/personal cell#)

The international *export* standard, ISPM 15, requires that all *wood* packaging material be *heat-treated*. While much of our inventory is purchased as *heat-treated lumber* prior to being purchased, we have our own *heat-treating* chambers on-site to treat *export lumber* and HT *Stamp*. Stamping Identifies individual pieces of *lumber* pallets crates etc. *as being heat treated.*

Wooden shipping crates, slatted wood boxes, wood wine boxes and wooden milk crates have been in use by consumers and businesses alike for a very long time. Each one sees many different owners and uses, and has a very high reclaimed recycle rate. They are sturdy, easy to stack, and can be bought at a large number of places, including online and locally. Looking for the perfect storage or shipping containers? Wooden crates are the way to go, not matter what you need them for. There are a number of companies now specializing in wooden shipping crates, making it simple to find what you are looking for. They have a stunning showroom to browse and they take custom orders to craft beautiful storage containers for your garden, wine cellar, and shipping needs.

Traditional shaped painted wood crates with side handles .These measure in various sizes ideal for storing magazines and newspapers. Color choices include any color example white, black, hunter green, cherry, weathered wood, early American tone, and oak. Any of these displays will be a great addition to the retail display or home furnishing.

Wooden display crates for fruits, veggies, or bread in the kitchen are a great for our old looking wooden boxes, Whether retail displaying antiques by color, era or similarity, it is important to create a tidy and inviting atmosphere that brings customers into your spot and makes them comfortable enough to spend time looking around,  items are best displayed when they are easily seen and accessible. The key is to create different levels of height and depth within your retail area.

**OUR 4 Wheel Movers Dollies**

We assemble all of our wood dollies in Philadelphia, Pa. U.S.A.

OUR FAT Wooden PHILLY Dolly similar to the CHICAGO DOLLY, RUBBER CAPPED DOLLIES, longer frame, wider thicker boards, and the inset wheels allow the dollies to fill easier with load. Our Comes standard with the gray rubber casters.

Rubber Cap Moving Dolly 4" Wheel 18"X30" – Philly Style Deluxe now at a GREAT PRICE!

Solid Deck Hardwood Dolly

Manufacturers of the highest quality 4 wheel wooden dolly in America since 1978. Industrial quality dollies used by the commercial moving and storage furniture delivery services.

Flush hardwood dollies with swivel casters for shop, office or warehouse are available in 4 frame styles, 4 deck sizes and 3", 3-1/2 or 4" wheels.

We offer quality moving equipment & supplies. We are located in South Eastern PA and we manufacter 4-wheel dollies, ours are standard issue equipment for moving crates, as well as just about moving anything else entire United States.

Our Fat Philadelphia Rubber Head Piano Moving Dollies – construction is tough, rated by floor insulation companies, carpenters, electricians, plumbers, moving companies, loading docks, trucks, construction site just name a few. Rentals and Used Dollies available.

# Wood Crating Solutions:

- Commercial Crates
- Industrial Crates
- Product Specific Crates
- ISPM-15 Export Certified Crates
- Re-usable Crates
- Knock-down Crates
- Mass Produced Crates
- Tradeshow Crates
- Display Crates
- Military Crates
- Computer Crates
- Electronics Crates
- IT Equipment Crates
- Moving Crates
- Furniture Crates
- Museum Quality Crates
- Art Crates
- Antique Crates

Atlas Wood Products

2101 west Lippincott

**215-PALLET4 – 215-726-5384 – 215-843-0313**

Philadelphia, Pa. 19132

Southeastern Pennsylvania

**Fax 215-843-7115**

atlaswoodprod@yahoo.com

http://www.atlaswoodproduct.com/

http://atlaswoodproducts.wordpress.com/

http://woodrecycling.wordpress.com/

http://www.atlaswoodproduct.com/liftvans.htm

*PAGE 10 of 28*

IPPC ISPM15 Heat Treated (HT) Wood Packaging : On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

http://www.atlaswoodproduct.com/vaults.htm

http://www.atlaswoodproduct.com/dollies.htm

https://picasaweb.google.com/111323336779606328959/WoodWorking

# LIFTVANS,IPPC Certified Heat Treated Military Approved Code 4 Liftvan, ISPM-15# Who Sells Heat Treated Lift Vans? We do call 215-843-0313

Posted: June 23, 2011 in export crates, export lumber, export lumber & crates, heat treated lumber supplier, HEAVY DUTY EQUIPMENT SKID, heavy duty wooden large pallets, heavy duty wooden skid, ippc, ippc blocking, ippc dunnage, ispm15, manufacturer of heavy duty wooden skid, TAKE A MINUTE A SEE WHAT WE CAN DO FOR YOU, wood

Tags: export crate company, export crates, export ippc crates, export ippc shipping wood crater boxes, export ispm 15, export ispm15, export shipping crates, export wooden crates,heat treated lumber, ht dunnage lumber, international wood export crates, ippc, ippc dunnage stamped lumber, ippc lumber, ispm15, lift vans, liftvans, plywood liftvans, wood boxes, wood pallets, wood products, wood skids, wooden boxes

We supply hardwood, softwood, rebuilt and plywood pallets, skids and crates to large machinery manufacturers.

- New stringer and block pallets in customizable configurations
- Custom pallet designs to fit your exact needs, no more or less
- Standard pallets, including GMAs as well as common industry-specific dimensions
- Certified Europallets and APME CP pallets
- Point-of-purchase display pallets
- International shipping pallets, heat-treated and IPPC certified
- Crates, skids and specialty unit-load support items

Pallets are available in flatbed and vanload quantities. We will deliver single-item or mixed truck loads anywhere in the U.S.

Since 1974, we've been a trusted supplier to industry. When you want a reliable, experienced, full-service pallet supplier that knows how to save you time and money.

PAGE 11 of 28

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...



**Ippc ISPM15 wood export pallets crates lumber**

**4 wheel movers dollies**

**export plywood liftvans**

**used wood storage vaults**

*PAGE 12 of 28*

Case 2:14-cv-06125-GAM   Document 1   Filed 10/27/14   Page 35 of 58

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...



"A" standard size pallets, 48×40 sold as
almost like new.

## Our Storage Vaults

Our used storage vaults are refurbished utilizing industry standards for wood storage crate construction and are better than what you may find at most storage facility. Used Vaults come in standard sizes, New plywood vaults can be custom designed and engineered to your specifications. Our new storage vaults are constructed with a 1" x 4" lumber frame and 3/8" F plywood construction which is heavier than other vault sides, end panels and top panels. The vault floor is constructed with one piece of solid wood on a 1×4 frame braced on 3 anti-tip runners made from wood blocking. The base construction allows for easy access on all 4 sides. Our new storage vaults are can be designed so that they can be locked, stacked and used as a normal storage vault. At Atlas Wood Products we go out of the way to make sure that our new or used refurbished vaults are the best in the industry.

## Our Heat Treated Wooden Liftvans

Export overseas packing in a standard ippc liftvans and ispm15 crates wooden lift-vans is utilized for LCL-less than container-loads of Household Goods and Personal Effects SDDC MTMC CODE2 CODE4 TYPE2 USHT IPPC. The volume of a standard lift-van runs about 190 to 208+ cubic feet, size is approx. 86hx83lx44w. We make half and quarter sized liftvans as well. Export Heat Treated USHT IPPC Lift Vans are made so they fit into an ocean oversea container and also so they can easily stack –in case the goods are to be held in storage for an extended period of time at either origin or destination. Wooden Storage Pallets, Wood Lift-vans are very cost effective and safe for shipping and storage of stacked cartons.Used Storage Wood Vaults, Used HT heat treated IPPC wood Lift vans

Atlas Wood Products buys and sells Used Plywood International ISPM15 Liftvans, Used Storage Vaults for moving and storage companies we buy and sell used wooden storage vaults.

Plywood storage vaults Used International Heat Treated Plywood Liftvans are used most often by moving and storage companies to store household goods.

Most of the vaults are 5'x7'x7' 5x7x7-1/2 or close size and climp together.

Most of the LiftVan are 45x 86×86 or close

If you do not need to purchase a trailer load of heat treated international oversea shipping wood lift-vans from us, the only North Eastern America Lift-van manufacturer, then we can sell you a few new or used lift-vans. We have large and small amount available for purchasing the packing/loading services plus the lift-van(s) even if you are NOT a professional mover. You can arrange on your own do packing and delivery to our nearest designated export receiving/shipping terminal for an economy service move, or if you prefer, we can refer you to a full service packing/pickup using the packing agent best suited for your needs.

(1) a standard Type 2 (overseas) wooden liftvans approximate sizes

(A) Outside Dimensions: 87"L x 45"W x 87"H

PAGE 13 of 28

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export IS PM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

Inside Dimensions: 86-1/4"L x 44-1/4"W x 81"H Cube: 197 cu.ft.

(B) Outside Dimensions: 87"L x 47"W x 87"L

Inside Dimensions: 86-1/4"L x 46-1/4"W x 81"H Cube: 208 cu.ft

Small or Large Wooden Crates special custom pallets always welcome.

Export packers/movers throughout the USA and overseas. If you have the need for IPPC ISPM15 PLYWOOD STORAGE for your move, let us help you save some money. The easy way to pack and ship is to new plywood storage crate and eliminate doublehandling for ocean freight and time to route for your cargo. Some freight forwarders, are not aware a storage vault can handle the entire job ., in addition to handling is less costly and the IPPC critical export documentation for ISPM15 is stamped on the wooden crate for the ocean carriers and agents to see or read. Contact us through for an explanation of the IPPC ISPM-15 USHT International Export types of stamping.

Wooden Crates.

# Are the IPPC and HT stamp proving the same treatment of lumber? Why would a company require one over the other for exporting a wooden reel?

From what I know and this may not be totally correct. The Heat Treated lumber is for dunnage which is packing material (skids,crate)
The IPPC is for the wood product itself that is being shipped. I found the below on the internet...

Where The IPPC Stamp Can Be Used
The IPPC stamp can only be used on completed wood packaging by a wood packaging manufacturer, such as CDC Packaging. In addition, manufacturing wood packaging using HT stamped wood alone does not meet the ISPM 15 requirement. The finished wood packaging must have an official IPPC stamp on opposing sides that's licensed to that wood packaging manufacturing facility.

Our IPPC Stamp Policy
In the case of Packaging, any wood packaging manufactured by us AWP will be stamped with the official IPPC logo, NELMA logo and the number 506. However, you may receive wood packaging AWP Packaging that does not have the number 506 on the stamp. In some cases CDC Packaging may purchase wood packaging from other IPPC certified facilities.

Wooden crates are used for a large number of things, such as glass, machinery, furniture and general shipping.

Wooden boxes, Plywood Crates or Wood Crates are good for art work and transporting valuable cargo.

Wooden shipping crates are the main method of import export between countries, providing security for some of the world's most popular products.

Wooden slated milk crates have all sorts of uses, like retail displays, footstools, shelving, storage bins for under beds and counters.

Wooden Shipping Crates come in many forms, from new and used, to square or flat but originate mostly from imported export cargo. From there, they make their way to businesses and consumers alike and are then reused for a wide variety of purposes. Wooden crates are commonly taken apart and used to build things by people who have picked them up from local companies that make them available or donate what they do not need. Uses for the reclaimed wood from larger crates include wood tables, wooden desks, wood benches, holiday display stands and props, storage and remodeling.

Wooden milk crates, slatted wood fruit crated can also be found in new or reused form and different shapes and sizes. New crates are manufactured for sale, while reused wood from crates come mostly

PAGE 14 of 28

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...



Email
- Facebook
- Print
- Twitter
-

Loading...

# HEAT TREATED PLYWOOD LIFTVANS, Certified Heat Treated SDDC Military Approved Code 4 Liftvan, Who Sells Heat Treated Lift Vans? We do call 215-843-0313

Posted on June 23, 2011 by atlaswoodproducts

☆ ☆☆☆☆  ❶ Rate This

- **HEAT TREATED PLYWOOD EXPORT LIFTVANS**
- **IPPC ISPM15 WOODEN PALLETS CRATES**
- **4 WHEEL MOVERS DOLLIES**
- **USED PLYWOOD MOVERS STORAGE VAULTS**
- **WOODEN SOFA STORAGE BINS**
- **ATLAS WOOD PRODUCTS**
- **2101 WEST LIPPINCOTT**
- **PHILA, PA. 19132**
- **215-PALLET4**
- **215-843-0313**
- **ATLASWOODPROD@YAHOO.COM**



Heavy Duty 4 wheel wooden movers

*PAGE 15 of 28*

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

https://plus.google.com/u/0/photos/111323336779606328959/albums/5683489070720381265

Atlas Wood Products 2101 w lippincott Philadelphia, Pa. 19132 atlaswoodprod@yahoo.com thanks for
reading  Nick Sucic

http://woodrecycling.wordpress.com/

http://www.atlaswoodproduct.com/

https://picasaweb.google.com/111323336779606328959/WoodWorking#

*Heat Treated Overseas Wooden Lift Vans*

First let me say a US HT heat treated ippc ispm15 plywood lift van can be repaired and are shipped world
wide . The Wooden ippc ht  lift vans the MTMC, SDDC, Type II Code2 Code4 boxes liftvans  are the
preferred overseas affect shipping crate of the moving industry for the worldwide shipping and storage of
boxed household goods. These Heat treated ISPM15 wooden crates  required to meet the Federal Supply
Service and Government Services Administration in military specification MIL-STD-105. The "standard" lift
(PPP-B-580) vans are required to be knocked down, constructed of plywood and lumber so that the exterior
dimensions were 87"L x 45-1/2"W x 8 7-1/2"H (197 cu. ft.), and have a capacity of 1500 lbs.  The plywood
crates liftvans  require  four-way forklift and sling-hoist handling. The interior seams must  be weather caulked
and the walls lined with a plastic moisture barrier to ensure water tightness. According to the  manufacturer ,
assembly is  easily accomplished by two workers with screwdrivers in 20 minutes. The full sized  military Type
II box wooden export containers can be stacked 3 high. 15  Knocked down take up less took the approximate
space as 2 assembled wooden lift van. The export international plywood liftvan is designed and manufactured
to meet or exceed the existing Federal Specification PPP-B-580D for boxed, containerized household goods.
The wooden crate called  a lift van is tested to Military Traffic Management Command's (MTMC) approval for
the new containers per ppp-b-580d  ppp-b-601. The DOD, however, looked a cardboard boxes, they where
leery of shipping household goods in cardboard boxes, especially overseas, so the Plywood Liftvans is still in
use for Commercial, Department of State and Military. MTMC approval for their versions of fiberboard
containers, corrugated lift van to a U.S. industry is awash in a huge inventory of wooden boxes.  Wood Export
International Shipping of Commercial Wooden Lift Van still is used daily in the world. Bug stamped, IPPC
ISPM HT certified wood crates, by  loading the goods directly into *heat-treated* weatherproof *liftvans for
exporting internationally is the still  best way to move.*

**Plywood Lift Van:** A wooden box  or plywood container plywood box used for packing -- shipping machinery
equipment household goods and personal effects. Wood boxes / Plywood Crates are used for shipping and
storage as well as transportation; Wooden Plywood liftvans are generally used when the shipment is in a 20'
or 40' steel overseas container. Oversea Plywood Lift-Vans Wooden Boxes are usually lined with water-
resistant paper and may be caulked as necessary to keep the goods dry. After caulking and nailing steel
straps are placed around the outside to secure the international plywood crate wood box lift-van. Export Over
sea Custom wooden boxes plywood over flow wood crates special wooden skids wood pallets sizes are easy
for Atlas Wood Products, the standard sizes oversea export are 185 to 210 cubic feet. With our IPPC ISPM
15 stamp Heat treated certification we offer the advantage of easy inspection for custom clearance.

**Frequent questions we  are asked?**

We need a IPPC Wooden Pallets ISPM 15 crate supplier and KD-HT IPPC Stamped Dunnage, any
suggestions?
We are located in southeast Pennsylvania. We need export stamped lumber to build crates ippc stamp wood
skids and dunage stamped ippc ispm kiln dried heat treated lumber. we are shipping crates and wood boxes
overseas.can you help?
IPPC KD HT ISPM15 lumber wooden export crates wood skids pallets?
we are trying to export wood crates overseas to china and a few other places. Atlas Wood Products of Phila,
Pa. wants to build the wood box for us. Atlas Wood Products told us do not try use a crate built out of just KD
HT wood, they said you will run into some trouble with ippc ispm 15 customs overseas inspectors? But, the
lumber says kdht, it will be use for crates we make our own crates and skids. From what I understand they
told me "the crates needs to be stamped with a IPPC standards stamp. The custom inspectors look for the

*PAGE 16 of 28*

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

IPPC logo is this true.
Here is links to what they said the IPPC stamp ISPM 15 wood should look like is this true.



http://www.atlaswoodproduct.com/lumber.htm
Please Help in Pennsylvania

**Wood Boxes, Wood Crates Export International Containers:** Here as Atlas Wood Products our plywood crates are used worldwide for shipping trucking transportation moving and packing purpose as steel containerization allows the mechanized handling of cargoes of diverse types and dimensions, that are placed into our wood boxes of various dimensions. In this way goods that might have taken days to be loaded or unloaded from a ship can now be handled in a matter of minutes. Our wood skids plywood pallet containers export crates is a loaded unit that can be used internationally by several transport modes. Indeed, the steel container is usable by maritime, railway and road modes, making it an essential part of intermodal transportation. The usage steel international export over seas containers and wood packaging, plywood crates, export wood boxes, international plywood crate, oversea export skids shows the complementarity between steel and wood for freight transportation modes by offering a fast and easy movements for standardization of loads.

**ATLAS WOOD PRODUCTS, INC. CAN HELP YOU MEET TODAY'S INTERNATIONAL EXPORT EURO MARKET REQUIREMENTS BY SUPPLYING HEAT TREATED AND STAMPED PRODUCTS THAT MEET ISPM IPPC REQUIREMENTS.**

**OUR IPPC DUNNAGE STAMP ALSO REFLECTS THE SAME ASSIGNED PLANT IDENTIFICATION NUMBER. MORE INFORMATION ON THE PHYTOSANITARY ISSUE IS AVAILABLE JUST CALL.**

All Wood CRATES LUMBER LIFT VANS
must be
heat treated against insects
and stamped as such
prior to being loaded and shipped.
Atlas Wood Products
2101 w lippincott
Philadelphia, Pa. 19132
atlaswoodprod@yahoo.com
Thanks again for reading
Nick Sucic

ATLAS WOOD PRODUCTS, INC. IS A PHILADELPHIA, PA COMPANY THAT HAS BEEN IN BUSINESS SINCE 1974 PROVIDING INDUSTRIAL PACKAGING TO INDUSTRY IN THIS REGION.OUR EXPERIENCE INCLUDES SUCH ITEMS AS HEAVY EQUIPMENT, FIELD SERVICE EQUIPMENT, CARS MOTOTCYCLES LOCOMOTIVES GLASS WINDSHEILDS, ENGINES, TRANSMISSIONS, CONVERSION KITS, WHEELED VEHICLES, MACHINE TOOLS, AND OTHER LARGE INDUSTRIAL EQUIPMENT. OUR AREA OF SPECIALTY IS  CUSTOM SPECIAL PALLETS AND SKIDS, SLATTED AND PLYWOOD CRATES AND BOXES, MILITARY PACKAGING AND SPECIAL REQUIREMENTS FROM OUR CUSTOMERS

ATLAS WOOD PRODUCTS, INC. IS IN COMPLIANCE WITH ESTABLISHED PROCEDURES THAT HAVE BEEN DEVELOPED TO INSURE THAT WOOD PACKAGING MATERIAL (WPM) IS BEING PRODUCED IN ACCORDANCE WITH THE INTERNATIONAL PLANT PROTECTION CONVENTIONS (IPPC) GUIDELINES FOR REGULATING WOOD PACKAGING MATERIAL IN INTERNATIONAL TRADE (ISPM 15). THESE PROCEDURES ALSO CONFORM TO THE AMERICAN LUMBER STANDARD COMMITTEE'S (ALSC)ENFORCEMENT REGULATIONS FOR WOOD PACKAGING MATERIAL.

*PAGE 17 of 28*

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

IN SUMMARY, WE HAVE BEEN QUALIFIED, WE SUBSCRIBE TO THE OVERSIGHT SERVICES OF NELMA.ORG, WE ARE IN COMPLIANCE WITH ADMINISTRATIVE AND PROCEDURAL REQUIREMENTS, AND ATLAS WOOD PRODUCTS, INC. CAN PROVIDE STAMPED LUMBER PALLETS SKIDS  BOXES CRATES, AND OTHER WOODEN PACKAGING MATERIAL STAMPED WITH OUR IPPC STAMP AFFIXED ON IT AND WOODEN DUNNAGE STAMPED WITH OUR IPPC DUNNAGE STAMP. WE CAN ALSO FURNISH A CERTIFICATE OF MEMBERSHIP AND CERTIFICATES OF COMPLIANCE UPON REQUEST.

VETERAN OWNED

SMALL BUSINESS

# Plywood Storage Sofa Vaults Heat Treated Liftvans Crates Mover Dollies (phila, pa)

used plywood storage vaults, standard size plywood storage vaults, special size crates ippc ,ispm15, or , used plywood storage vaults. These vaults are to store household good, and personal affect. heat treat export ippc ispm 15 av. call 215 843 0313 or (215)-(PALLET4)

we also manufacture wooden dollies,piano type mover dollies rubber cap rubber head movers 4 wheel dollies Our used storage vaults are refurbished utilizing industry standards for wood storage crate construction.

Used Vaults come in standard sizes, New plywood vaults can be custom designed and engineered to your specifications. Our new storage vaults are constructed with a 1" x 4" lumber frame and 3/8" plywood construction which is heavier than other vault sides, end panels and top panels. There are many options when it comes to buying Plywood Storage Vaults for storing customer's belongings and personal affects. No option, is better a cheaper savings to the mover than our used wooden storage pallets for the moving and storing. New plywood storage vaults are available but the price is almost twice of our used refurbished wooden storage crates. . The best part dealing with us is we have the space to storage over 2000 new- used plywood crate wooden storage containers

Our Heat Treated Wooden Liftvans Export overseas packing in a standard ippc liftvans and ispm15 crates wooden lift-vans is utilized for LCL-less than container-loads of Household Goods and Personal Effects SDDC MTMC CODE2 CODE4 TYPE2 USHT IPPC. The volume of a standard lift-van runs about 190 to 208+ cubic feet, size is approx. 86hx83lx44w. We make half and quarter sized liftvans as well. Export Heat Treated USHT IPPC Lift Vans are made so they fit into an ocean oversea container and also so they can easily stack —in case the goods are to be held in storage for an extended period of time at either origin or destination.

Wooden Storage Pallets, Wood Lift-vans are very cost effective and safe for shipping and storage of stacked cartons. > thanks for reading nick sucic

http://www.atlaswoodproduct.com/vaults.htm

Atlas Wood Products 2101 w lipincott

Phila Pa19132

215 843 0313

215-PALLET4 — 215-725-5384 -

Atlas Wood Products

2101 west Lippincott

Atlas Wood Products 2101 west Lippincott Philadelphia, Pa. 19132

Southeastern Pennsylvania

Fax 215-843-7115

atlaswoodprod@yahoo .com

http://www.atlaswoodproduct.com/

*PAGE 18 of 28*

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

http://atlaswoodproducts.wordpress.com/

http://woodrecycling.wordpress.com/

https://picasaweb.google.com/111323336779606328959/WoodWorking#

**Share this:**

- Pinterest
- Google
- Email
- Facebook
- Print
- Twitter
- 

Loading...

Categories: export crates, export lumber, export lumber & crates, heat treated lumber supplier, HEAVY DUTY EQUIPMENT SKID, heavy duty wooden large pallets, heavy duty wooden skid, ippc, ippc blocking, ippc dunnage, ispm15, manufacturer of heavy duty wooden skid, TAKE A MINUTE A SEE WHAT WE CAN DO FOR YOU, wood | Tags: export crate company, export crates, export ippc crates, export ippc shipping wood crater boxes, export ispm 15, export ispm15, export shipping crates, export wooden crates, heat treated lumber, ht dunnage lumber, international wood export crates, ippc, ippc dunnage stamped lumber, ippc lumber, ispm15, lift vans, liftvans, plywood liftvans, wood boxes, wood pallets, wood products, wood skids, wooden boxes

← OLDER POSTS

## Archives

- June 2011
- May 2011
- April 2011
- March 2011
- February 2011
- December 2010
- March 2010
- February 2010
- January 2010
- November 2009
- August 2009
- July 2009
- April 2009
- January 2009
- December 2008
- November 2008
- August 2008
- July 2008
- March 2008
- February 2008

## Email Subscription

Enter your email address to subscribe to this

PAGE 19 of 28

**Case 2:14-cv-06125-GAM   Document 1   Filed 10/27/14   Page 42 of 58**

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

blog and receive notifications of new posts by
email.

Join 744 other followers

[Sign me up!]

# Categories

- 30985107
- aged lumber
- aged wood
- ALL WE DO
- blocking
- construction site rentals
- Dollies
- equipment rentals
- export crates
- export lumber
- export lumber & crates
- flowers
- heat treated lumber supplier
- HEAVY DUTY EQUIPMENT SKID
- heavy duty wooden large pallets
- heavy duty wooden skid
- ippc
- ippc blocking
- ippc dunnage
- ippc lumber
- ispm15
- manufacturer of heavy duty wooden skid
- material handling
- pallets
- philadelphia
- philadelphia area crating company
- philadelphia area pallet companies
- philadelphia free pallet disposal
- philadelphia pallet
- philadelphia pallet companies
- philadelphia pallet company
- philadelphia region
- philadelphia region ippc supplier
- philadelphia region pallet company
- philadelphia used pallet company
- recycled lumber
- Shipping To Australia with Wood
  Packaging Materials?
- SLIDE SHOW
- TAKE A MINUTE A SEE WHAT WE CAN
  DO FOR YOU
- TIMBER
- Uncategorized
- wood

October 2014

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|

*PAGE 20 of 28*

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L...

|    |    | 1  | 2  | 3  | 4  | 5  |
|----|----|----|----|----|----|----|
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

« Jun

## Pages

- WOODEN DOLLIES for SALE. WOOD MOVER'S DOLLY' for RENT (215-725-5384)
  - 4 Wheel Wooden Dollies. Four Wheel Wood Movers Dolly's (215-725-5384)
  - IPPC, ISPM#15, KDHT Lumber, Cheap Pallets for Sale Call (215-PALLET 4)
- WOODEN DOLLIES. 4 Wheel Dolly.4 Wheel Dolly Rentals.4 wheelers Dollies for Sale 215-843-0313

## Blogroll

- WOOD WORKING FOR INDUSTRY. PALLETS. CRATES. SKIDS. GO GREEN

## PALLET DISPOSAL

- FREE PALLET DISPOSAL. PHILADELPHIA. PENNSYLVANIA. CALL (215-PALLET4)

[ Search field ] Search

## Blog Stats

- 89,963 hits

## Top Clicks

- atlaswoodproducts.files.w...

## Top Rated

blocking export crates

export lumber export

lumber & crates heat treated

lumber supplier HEAVY DUTY

EQUIPMENT SKID heavy duty

wooden large pallets heavy duty

wooden skid ippc ippc

blocking ippc

dunnage ippc lumber

PAGE 21 of 28

IPPC ISPM15 Heat Treated (HT) Wood Packaging | On-Site IPPC ISPM15 HT Stamped Lumber Kits , Export ISPM 15 Marked Wood Skid Packages, Custom HT Plywood Crating, Dunnage IPPC Marked L....

**ispm15** manufacturer of heavy duty wooden skid **pallets**

**philadelphia** philadelphia area crating company philadelphia area pallet companies philadelphia free pallet disposal **philadelphia pallet** philadelphia pallet companies philadelphia pallet company philadelphia region philadelphia region ippc supplier philadelphia region pallet company **philadelphia used pallet** company **TAKE A MINUTE A SEE WHAT WE CAN DO FOR YOU**

TIMBER Uncategorized wood

*PAGE 22 of 28*



PAGE 24 of 28

NELMA | Northeastern Lumber Manufacturers Association



NELMA actively funds research vital to the Northeastern lumber industry, currently collaborating with the University of Maine on producing Weevil-resistant Eastern White Pine.

## VIDEOS

Lumber and Sons

EWP vs. PVC

Making Their Mark – Women in the lumber mill industry

» See all videos

## NEWS

» NELMA Invites you to ABX 2014

» Maibec Signs Agreement to Acquire Fraser Timbers Masardis, Maine Mill

» Building Products Digest Publishes Eastern White Pine Special Issue

» Seeking the NEXT Generation!

» NELMA Welcomes New Addition to the Inspection Staff

## MEMBER DIRECTORIES

## FEATURED CONTENT

### Eastern White Pine Monographs

The Monographs provide visual documentations of classical and unique white pine applications.

PAGE 25 of 28

**NELMA** Northeastern Lumber Manufacturers Association

Login

MEMBER DIRECTORIES | LIBRARY | NEWS & EVENTS | INSPECTION PROGRAMS | LAGNIAPPE | MEMBER LOGIN          FREE RETAILER LISTING ›

# WOOD PACKAGING INSPECTION PROGRAM

NELMA is pleased to provide extensive inspection services to companies that require IPPC ISPM 15 certification, verification, and stamping of wood packaging used in export shipments. Wood packaging materials (WPM) are defined as shipping units constructed completely or partially of solid wood materials such as pallets, skids, boxes, crates, reels, etc., in addition to individual pieces utilized for blocking, bracing, and dunnage for securing the shipment while in transport.

## IPPC ISPM 15 Defined and its importance

IPPC ISPM 15 is the acronym for International Plant Protection Convention, International Standard for Phytosanitary Measures No. 15. The International Plant Protection Convention (IPPC) is an international plant health agreement, established in 1952, that aims to protect cultivated and wild plants by preventing the introduction and spread of pests. The Convention extends beyond the protection of cultivated plants to the protection of natural flora and plant products, which includes hardwood and softwood forests. It covers vehicles, aircraft, vessels, containers, storage places, soil and other objects or materials that can harbor or spread pests.

More than 175 countries are signatories to IPPC, which has developed a total of 34 ISPMs to date. ISPM 15, titled, *Regulation of Wood Packaging Material in International Trade*, was adopted by more than 150 countries at the International Plant Protection Convention in March 2002. Each country was then allowed to choose a future date for actual implementation and enforcement. This particular standard was developed as a means to greatly reduce the phytosanitary concerns related to growing global trade and the significant spread of pests through solid wood packaging materials.

| Quick Reference Links |
| --- |
| IPPC ISPM 15 |
| NELMA's Certification Program and Procedures |
| Application for NELMA's Inspection Services |
| Sample Reference Table by Country |




Numerous examples exist around the world of environmental and economic harm associated with the introduction of a non-native invasive species to a country, traced back to non-heat treated or non-fumigated wood packaging materials used in shipping. As the leading global consumer market, the U.S. unfortunately has numerous examples of invasive pests introduced into the country over the years, such as the Asian Longhorned Beetle, the Emerald Ash Borer, and the Dutch Elm Disease. Most all can be traced back to shipments received where the non-heat treated solid wood packaging materials contained these forest destructive pests.

## Treatments to Meet the ISPM 15 Standard & Exempted Materials

Currently, three types of treatments for WPM items are approved in ISPM 15:

* Heat treatment (HT), and
* Fumigation with methyl bromide (MB)
* Dielectric Heating (DH) – *New in 2014*

These treatments must be applied to all solid wood components of the wood packaging materials, both hardwood and softwood species of wood. Solid components generally mean the lumber, timbers, or smaller items produced

PAGE 26 of 28

from lumber or timbers. Heat Treatment requires that each solid wood component must be heated to a minimum of 56 degrees C (133 degrees F) for 30 minutes at the core of each piece. Composite wood products such as plywood, particleboard, oriented strand board (OSB), flakeboard, and veneer are exempt from this standard due to the fact that high temperatures are used in their manufacturing process. Preservatively-treated (pressure-treated) wood does not meet the Standard *unless* the wood was heat-treated and stamped HT prior to preservative treatment.

Since NELMA's Inspection Services concentrate solely upon the Heat Treatment (HT) aspect of meeting the IPPC ISPM 15 Standard, the following information will cover only the HT compliance process. Additional information on Dielectric Heating (DH) may be found by reviewing/downloading the Dielectric Heating Quick Guide.

## Categories of Wood Packaging Materials Facilities

There are three primary categories of businesses involved with the export of goods that require certification, verification, and stamping capabilities from an accredited agency to meet the requirements of ISPM 15:

- **Heat Treatment Facility** - a facility that has a chamber or kiln designed to (a) heat treat solid wood materials to be used in the construction of wood packaging for export, such as lumber, timbers, or components, and/or (b) to heat treat finished wood packaging units such as pallets, skids, boxes, crates or reels.
- **Wood Packaging Facility** - a facility that purchases heat-treated and HT-stamped lumber/timbers or components and produces finished pallets, skids, crates, or custom packaging either for sale or for their own company's use in exporting goods.
- **Facilities that Re-manufacture Heat Treated Lumber** - a facility that purchases full-size heat-treated and HT stamped lumber/timbers and re-manufacturers the material into components and re-stamps the output HT for resale to another wood packaging facility or supplier.

A company may be involved and certified in a combination of any or all of these three categories as well.

## The Compliance Process

The following example defines the basic process that a company designated as a Wood Packaging Facility would follow when certified by an agency accredited to provide compliance and verification inspections, such as NELMA:

Step 1: The facility purchases heat treated lumber or components, with EACH piece required to be stamped with an "HT" mark, an ALSC-accredited agency logo, and facilty/mill number/name. The HT mark signifies that the material has met the minimum temperature/time requirements of the Standard and was verified by an agency accredited under the ALSC program. Typically only one "HT" mark will be ink-stamped on each piece on the face of the material or ends, most commonly incorporated within a grade stamp but may be separate. A "KD HT" mark may be included within the lumber/timber grade mark which indicates that the item was not only heat treated, but dried to a moisture content of 19% or less.

Step 2: As a certified WPM facility, the "HT"-stamped lumber/timbers may then be cut to any size for use in manufacturing the finished wood packaging item without regard to having an "HT" mark on each cut piece. The finished pallet, skid, crate, or box would then be stamped on a minimum of two opposite sides with the certified facility's "IPPC" stamp. This registered stamp that is issued by the agency for use only by and at the facility incorporates the International IPPC logo, the facility's unique number, and the certifying agency's logo. This signifies to custom agents in export countries that the wood packaging meets IPPC's ISPM 15 Standard and is part of the US's verification program.

A Heat Treatment (HT) facility would have a hot box, oven, or conventional dry kiln capable of meeting or exceeding the temperature/time requirements of the Standard, certified by the accredited agency. This facility may either heat-treat completed WPM units and/or lumber/timbers and components for use in WPM manufacturing. For heat-treated finished units, the facility would apply the "IPPC" stamp issued by the agency. For

PAGE 27 of 28



lumber/timbers/components for sale to a WPM manufacturer, the facility would apply their agency issued HT stamp on EACH piece.

A Re-Manufacturing facility would purchase "HT" or "KD HT" stamped lumber/timbers, then re-manufacture the material into components to be sold to a producer of wood packaging finished items, such as pallets, skids, crates, or boxes. In this scenario, the re-manufacturer would be required to re-stamp EACH component with their agency issued "HT" stamp on EACH piece.

Facilities in every category must maintain detailed records and documents to maintain compliance with ISPM 15, as required by the accredited agency.

## Why Choose NELMA?

Founded in 1933, NELMA has a proud history as a non-profit lumber trade association that has been involved with providing lumber grading quality control and compliance inspections for decades. As one of the original agencies that became certified to provide WPM inspections in 2001, NELMA has acquired a vast knowledge of the ISPM 15 Standard based on 10 years of field experience with our certified-WPM facilities. It's this knowledge exchange that NELMA's customers can rely upon to meet their every-day export packaging compliance needs. Our signature service includes:

- An experienced and knowledgeable staff, both in the field and within the headquarters office,
- You speak with an informed person when contacting NELMA – not a machine!
- A toll-free 800 number to call NELMA at any time,
- Vigilant monitoring of potential illegal counterfeit stamping issues and swift legal action
- A reference summary of the very latest implementation and enforcement information, by country, and accessible online via password 24/7 (or print/mailed copy by request)
- Automatic email newsflash alerts regarding changes/revisions within the global implementation of the International Standard, and
- A flat fee service, no hidden costs or add-ons. (No change to our fees since 2005!)

In addition, NELMA has a long-standing relationship with the American Lumber Standard Committee (ALSC), the accrediting body that administers the U.S. IPPC ISPM 15 Compliance Program on behalf of the U.S. Department of Agriculture's Animal and Plant Health Inspection Service (USDA APHIS). NELMA's active participation with ALSC as a lumber grading and wood packaging inspection agency provides WPM facilities with a direct voice in the compliance process.

## Need More Information?

Check out the "Quick Reference Links" box above for access to additional program details and reference documents. The linked items include complete details of NELMA's certification program for the various types of operations within the *NELMA Facility Certification Program and Compliance Procedures for Heat Treatment (HT) and Wood Packaging Materials (WPM)* publication. A 2-page sample of NELMA's online reference information by country, which lists specific details on each country's implementation and enforcement requirements is also linked for your review. Individuals not currently with an inspection agency may subscribe to obtain viewing access online 24/7 by clicking on this link.

Please contact us by phone at 207-829-6901 or email us at info@nelma.org with any questions that you may have about the program or to inquire about our fee schedule. To apply for HT and/or WPM inspection services from NELMA, you may download an application form (link provided above), complete the requested information, and return via fax (207-829-4293) or email (info@nelma.org).

In addition, the NELMA staff is available upon request to present the details of the IPPC ISPM 15 International Wood Packaging Standard and the NELMA Inspection Program to company personnel as a valuable service to potential customers or industry groups...just call us to schedule!

NELMA

PAGE 28 of 28

Exhibit C

Case 2:14-cv-06125-GAM   Document 1   Filed 10/27/14   Page 53 of 58

CL  philadelphia  >  all for sale / wanted  >  business/commercial - by owner

[ reply ]     x  prohibited [2]     Posted: 24 days ago

## IPPC Compliant Wood Skids, ISPM15 HT Marked Crate Lumber, 215-PALLET4 (PHILA, SOUTHEASTERN, PA.)





2101 West Lippincott
(google map) (yahoo map)

condition: new and used



Atlas Wood Products
2101 w lippincott
Philadelphia, Pa 19132
215-PALLET4
(show contact info)
atlaswoodprod
@
yahoo
.com

Atlas Wood Products has ippc pallets ISPM 15 crates, ippc stamped lumber, kd-ht heat treated and stamped in compliance with IPPC regulations.
Atlas Wood Products offers a variety of IPPC standard and custom size recycled ISPM15 pallets designed to meet the customer's needs.
Atlas Wood Products keeps blanket order standard sizes in stock for fast delivery.
Custom sizes Stamped IPPC Compliance crates and ISPM#15 KDHT Lumber can be maintained on hand for Just-In Time Delivery customer.
Heat Treated Pallets IPPC / ISPM 15 Compliant Pallets / Export Pallets, Export Crates .
ISPM 15 developed by the IPPC that directly addresses the need to treat wood materials for export.

Heat Treated Pallets / ISPM 15 Compliant Pallets / Export Pallets
If you ship your products outside the USA, the pallets you use will be required to comply with the International Phytosanitary Measure known as IPPC, ISPM 15.
Compliance involves "Heat Treating" wood lumber crates skids pallets etc to reduce the risk of introduction and/or spread of quarantined pests.
Atlas Wood Products facilities have IPPC ISPM15 Lumber In Stock.
Atlas Wood Products are positioned to handle even the largest pallet users needs quickly and efficiently.

ISPM 15 developed by the IPPC that directly addresses the need to treat wood materials of a thickness greater than 6mm, used to ship products between countries.
It affects all wood packaging material (pallets, crates, dunnages, ippc stamped lumber etc)requiring that they be treated with heat or fumigated with methyl bromide and marked, with a seal of compliance.
This seal of compliance is colloquially known as the "bug stamp."
Products exempt from the ISPM 15 are made from alternative material, like paper, plastic or manufactured wood products (eg. plywood)
IPPC: "The International Plant Protection Convention" is a multilateral treaty to harmonize regulations governing those imports that could impact the physical condition of forest and crops.
The IPPC international adopted voluntary compliance standards in 2003.
FAO: "The Food & Agriculture Organization" has ultimate oversight of the treaty.
APHIS "The U.S. Animal and Plant Health Inspection Service" has oversight of compliance of the standard within the USA.
ALSC "The American Lumber Standards Committee" has been selected by APHIS as the manager of

Thanks for Reading
Nick Sucic

- do NOT contact me with unsolicited services or offers

post id: 4680284243    posted: 24 days ago    updated: 2 days ago    email to friend    ♥ best of [?]

Avoid scams, deal locally Beware wiring (e.g. Western Union), cashier checks, money orders, shipping.

CL philadelphia > all for sale / wanted > general for sale - by owner

reply x prohibited [2] Posted: 10 days ago

## Used Repaired Plywood Storage Vaults, Nw HT IPPC Plywood Liftvans (philadelphia)





© craigslist - Map data © OpenStreetMap

**2101 West Lippincott**
(google map) (yahoo map)

size / dimensions: **7x5x7**



Plywood Storage Vaults, New or Used Heat Treated Liftvans,
4 wheelers heavy duty rubber caps, rubber end movers dollies
new plywood storage vaults, standard size plywood storage vaults special size export shipping crates ippc ispm15 heat treated or , used plywood storage
vaults. These vaults are to store household good, and personal affect. heat treat export ippc ispm 15 av. call (show contact info) or (215)-(PALLET4)

we also manufacture wooden dollies,piano type mover dollies


thanks for reading nick sucic

http://www.atlaswoodproduct.com/vaults.htm

http://www.atlaswoodproduct.com/dollies.htm


Atlas Wood Products
2101 w lipincott
Phila Pa19132
(show contact info)
or email thru craigslist

• do NOT contact me with unsolicited services or offers


post id: 4701558134     posted: 10 days ago     updated: a day ago     email to friend     ♥ best of [?]


Avoid scams, deal locally Beware wiring (e.g. Western Union), cashier checks, money orders, shipping.

Case 2:14-cv-06125-GAM   Document 1   Filed 10/27/14   Page 58 of 58

10/16/2014 4:28 PM